1036

[No. 71018-4-I. Division One. November 17, 2014.]

*In the Matter of the Marriage of* ARADHNA FORREST, *Respondent*, and VIKAS LUTHRA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-04289-0, Deborah D. Fleck, J., entered September 9, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.

[No. 71022-2-I. Division One. November 17, 2014.]

MIGUEL GAONA, *Appellant*, v. GLEN ACRES GOLF & COUNTRY CLUB ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-03756-6, Laura Gene Middaugh, J., entered September 13, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.

[No. 71202-1-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. REINHARD GEORG WYSGOLL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12305-0, Palmer Robinson, J., entered November 8, 2013. *Remanded with instructions* by unpublished opinion per Leach, J., concurred in by Appelwick and Schindler, JJ.

[No. 71262-4-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. E.Z.L.-D., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-8-00708-8, Linda C. Krese, J., entered November 21, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Dwyer, JJ.